PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

Oct 17, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

           v.

WILLIAM CARL JACKSON,

           Defendant.

CASE NO.   2:24-cr-0286 DC

[PROPOSED] SEALING ORDER

**UNDER SEAL**

## SEALING ORDER

    Upon application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that the indictment, the United States' request to seal, and the Order

to Seal in the above captioned matter shall be filed under seal and shall not be disclosed to any person,

unless otherwise ordered by the Court.

Dated:  October 17, 2024

              THE HONORABLE SEAN C. RIORDAN
              U.S. MAGISTRATE JUDGE